# TULIS WILKES HUFF & GEIGER LLP

220 White Plains Road, 2nd Floor
Tarrytown, New York 10591
(914) 747-4400

Telecopier Number (914) 460-8685

| | |
|---|---|
| Thomas M. Geiger | Paralegal |
| Mark S. Tulis | Pamela G. Pucci |

April 8, 2019

Court Clerk
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601
Attn: Linda DuBois, Deputy Clerk

     Re:    Bierca Natalia Ramos
                Case No. 12-35795 (CGM)

Dear Ms. DuBois,

     In response to your query regarding the status of the above-referenced case, please be advised that there is a pending personal injury litigation. The case will remain open until we have reached a settlement.

     If you have any further questions, please do not hesitate to contact me.

                                            Very truly yours,

                                            /s/ Pamela G. Pucci
                                            Pamela G. Pucci
                                            Paralegal